UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ALFRED USHER,<br><br>   Plaintiff,<br><br>   v.<br><br>SOSA, et al.,<br><br>   Defendant. | Case No. 1:22-cv-00023-SKO (PC)<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND DIRECTING PAYMENT OF INMATE FILING FEE BY THE KERN COUNTY SHERIFF**<br><br>(Doc. 2) |

Plaintiff Thomas Alfred Usher has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by section 1915(a).

Accordingly, the Court ORDERS:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is GRANTED;

**2. The Kern County Sheriff or his designee shall collect payments from Plaintiff's inmate trust account in an amount equal to 20 percent of the preceding month's income credited to the account, and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**

///

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Kern County Sheriff located at 1415 Truxtun Avenue, Bakersfield, CA 93301.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

5. Within 60 days of the date of service of this order, Plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, if he has not already done so.

IT IS SO ORDERED.

Dated: **January 24, 2022**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE