1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   THOMAS ALFRED USHER,                      Case No. 1:22-cv-00023-ADA-SKO (PC)

12                    Plaintiff,               ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS TO DISMISS
13          v.                                 ACTION WITHOUT PREJUDICE FOR
                                               PLAINTIFF'S FAILURE TO OBEY COURT
14   SOSA, Deputy Officer at Kern County       ORDERS AND FAILURE TO PROSECUTE
     Sheriff's Office,
15                                             (ECF No. 8)
                     Defendant.
16

17          Plaintiff Thomas Alfred Usher ("Plaintiff") is a pretrial detainee proceeding *pro se* and *in*

18   *forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was

19   referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule

20   302.

21          On April 25, 2023, the Magistrate Judge issued findings and recommendations, finding that

22   Plaintiff failed to obey the Court's orders and failed to prosecute this action.   (ECF No. 8.)

23   Specifically, the Magistrate Judge found that Plaintiff had failed to respond to the Court's First

24   Screening Order issued February 16, 2023, and the Order to Show Cause (OSC) issued March 28,

25   2023.  (*See* ECF Nos. 5, 6.)  Furthermore, Plaintiff has failed to keep the Court apprised of his

26   current and correct address. (ECF No. 8 at 2-4.)  Therefore, the Magistrate Judge recommends that

27   the action be dismissed without prejudice.  (*Id*. at 4.)  Plaintiff had the opportunity to file objections

28   within fourteen days but has not filed any objections.

On May 3, 2023, the findings and recommendations were returned to the Court by the United States Postal Service.  The envelope was marked "Undeliverable," "RTS," "Refused" and "Unable to Forward."  (*See* Docket Entry dated 05/03/2023.)[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1.  The Findings and Recommendations issued April 25, 2023, (ECF No. 8), are ADOPTED in full;

2.  This action is DISMISSED without prejudice; and

3.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   June 30, 2023

_____
UNITED STATES DISTRICT JUDGE

---

[1] Both the First Screening Order and the OSC were also returned by the postal service.  (*See* Docket Entries dated 02/24/2023 & 04/10/2023.)